# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RYAN ANTHONY HENRY,<br><br>Defendant | CASE NO. 1:98-CR-5121 AWI<br><br>ORDER FOR SERVICE UPON THE PROBATION DEPARTMENT AND ORDER FOR RESPONSE FROM THE UNITED STATES |

On October 18, 2016, Defendant Ryan Anthony Henry filed a motion for early termination of supervised release. The Court finds that it is appropriate for the United States to file a response, and for Defendant to be given the opportunity to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States shall file a response to Defendant's motion no later than November 16, 2016;

2. Defendant may file a reply to the United States' response no later than December 1, 2016; and

3. The Clerk shall serve a copy of this order and a copy of Defendant's motion (Doc. No. 119) on the United States Probation Office for the Eastern District of California, attention to Probation Officers J.C. Hill and Lonnie Stockton.

IT IS SO ORDERED.

Dated:   October 26, 2016                          _____
                                                    SENIOR DISTRICT JUDGE